# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

TAYLOR J. CANO )
_____ )
Plaintiff )
)
)
vs. )  Case No. _____
)  (The case number will be assigned by the clerk)
Federal Communications Commission )
445 12th Street SW )
Washington, DC 20554 )
_____ )
_____ )
_____ )
_____ )
_____ )
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: 47 U.S.C. Code §207   47 U.S.C. Code §207

☐ Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: **TAYLOR James Cano**

Prison Identification Number: **Y20503**

Current address: **700 W. Lincoln St, Pontiac Corr. Center P.O. box 99 Pontiac, IL 61764**

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: **Federal Communications Commission**

Current Job Title: **Federal television services/telecommunication Provider**

Current Work Address **445 12th Street SW Washington, DC 20554**

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "*three strikes rule*" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   1074-SLD Central District CANO vs. Doe

2. Basic claim made 1st Ammenbment Violation

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) pending

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

   If your answer is no, explain why not Federal motive concerning televised piracy broadband defamation & invasion of privacy also intellectual theft

C. Is the grievance process completed? Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence See Attached 5 pg Complaint. etc.

RELIEF REQUESTED

(State what relief you want from the court.)

Legal retribution for ~~recoup~~ recovery of damages

7

Legal retribution $1.00 $10,000 dollars

JURY DEMAND    Yes [✓]    No [ ]

Signed this __16th__ day of __May__, 20__22__.

_(signature)_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| TAYLOR CANO | Y20503 |
| Address: Pontiac Corr. Cntr. 700 W. Lincoln St, Pobox 99 | Telephone Number: |

Lo6 5    Plaintiff complaint                10-26-19

That on or about April 23rd 2021 I Taylor J Cano who now am incarcerated in Pontiac Correctional center as an RTU Inmate Diagnosed SMI Stabilly Mentally Ill and taking medication am coming before the court with this complaint stating that in 2021 I was sexually assulted and Raped by Instrumetation by said ~~Defendant~~ Brittany wishart and claim that in the midst of the incident wich happen occurred overnight on April of 2021 I remeber vaguelly that during that day Ms wishart and I was at the time dating where over the course of the whole day were Residing at her house in steady NV or her room that she ~~rented~~ From her landlord and Sadly both doing drug with both her roommates and when each other through the day and now ~~Sorta~~ Sadly look Back at the time Sadly she Comes to memory. well I Noticed she had extra money and wants to go shopping and buy more drugs so I was left alone w her room and her roomates were going to leave and I want to leave with them so we left Mr Odells House we and Defendant roomates stopped at A Gas station to air up krisins tire I then saw Britany Drive past and headed back to the place upon reagnisiting her we than hung out in her bedroom and when she showed

1:22-cv-01196-SEM-KLM  # 1  Page 8 of 11

2 of 5 me what she ~~bought~~ bought I was happy Corner shirts e.t.c. We then decided ~~laided~~ again to use meth ~~marijuana~~ I felt ~~bad~~ did not have any money at the time I was not working and she was paying for everything, so I used her phone and had a friend of mine wire me some money at a local walmart and asked Defendant if she'd go with me and she ~~wisisted~~ I take her car and she did not want to leave the house so I left and soon returned around 3:00pm. So now when I returned I noticed her and her roomates were acting different and obviobly very High so then I asked Brittany what was wrong ~~and she said~~ and she was acting parenoid and asking me where I were so fast like she forgot I just told her I went to walmart and then I showe her I just Recved ~~some money~~ from her money gram then she started insisting I took some money from her I Remeber she said she had $15 to $20 bills at the time but she didnt say how much she was missing so we argued then and ~~matters were~~ settled over it and I told her if someone took the money from her that it was her roomate and I gave her $20 dollar of my money to make her feel better, its the thought that count it just made her act more sketchy so time passed and it got late then was a 12 pack of bud light in the ~~garage~~ downstairs I Remeber I took 3 Budlight beers she had said it was ok and went upstairs, I know I seem like a piece of crap but I knowe was not the time

3065 ard im so ashamed of myself anyway I again Returned to Her bedroom where we began texting Friends and watching tv. Defendants was in an arrogant mood then began acting real nice to me so I began drinking 3 light beers only 3 Remind you then I smoked some weed pot with her and went back down stairs and got 2 more beer from the garage and when I came back to her room she was acting Really nice Not Paranoid or arrogant any more so I though Right on one Finally drank the rest of my 3rd beer and then we eventually fornacated and after I talked to Her again about Not taking her money and she said Not to worry about it by then it was getting late around 10:00 pm and I was IN A good mood. So I was in my boxer shorts and began to drink my 4th Budlight beer so then I had to use the bath room and come back and she was texting some one or on the internet I didnt bother asking her so I started drinking my 4th beer and began to feel dizzy and thats all I can rmember I blacked out and passed out I believe she either drugged me with Xanax or rohypnol but Im Not sure

4 of 5   complaint continued

The following day I awoke on my belly in her bed and defendant Brittney Wishart states ("take a shit") and rolled over and tried to go to sleep. That's when I noticed a pain in my Anus swollen shut this is so humiliating, you can't imagine the pain and betrayal I felt and I was to embarassed to confront her but it felt a little numb and bloody around my Rectum confront her but her roomate came out of her bedroom & stated where'd my tampons go? And I thought what? then I was really embarrassed and didn't wanna snitch her out to the cops and file a police Report which I should've so I got dressed and Defendant rolled over and asked me if I seen any spots yet then I was really confused and just wanted to go back to sleep I felt very groggy and tired so I did and woke up later but didn't that about it but I was very upset and left to my parent house in town Reno where I stayed without telling them either my Anal opinity was swollen shut for 5 days I thought I was going to the hospital I thought I was going to die from being backed up but the swelling subsided after 5 days I began to vomit and defecate myself at the same time and noticed a fiberous marbial in my stool possible shredded tampon to stop the bleed but I was so sick for 3 days, Before I left Defendant Apt I remember her landlord saying ("wait till it comes up") possible reverangly to vomiting, so summer months passed and I was still with defendant. Thats How much I cared for Her late moved to and stepdads House in Lakeview, or I asked up leaving themand

5.5 continued.

Went back to Reno, NV. in August 2012. Then in October 2012 I was incarcerated and later found out that this might sound (hysterical and observed but through Jail I found out, well discoverd Defendant implanted Electrical Devices in my bowels v. A balloon Rectum inside of a balloon or comdom I was humilated by People in 2015 when I was Released into the comunity and ever since I've been on television because of the wire or electrical device. A GPS in stomach remains in my bowels to this day. Also bearing the burden I ask the court to understand I was taken Advantage of and am mentally Ill but this did happen to me and I did report this to the A.G. when I was in NNCC and the Govenor from NDOC an x ray was orderd and it was over looked it is Not metal or the comdom may Require an MRI for it to be found, therefore they didn't believe me. Now I traveled to Illinois, and have been incarcerated again and its obviously on television. in Requesting this Be filed with the court and under Penalty of PerJury I Promise this to be true and Just.

For this Reason Plaintiff has No choice but to Seek suit through court Remedy for Rape, Rape by instrumentat sodomy, Criminal Sexual Assult, and or Molestation.

Respectfully Submitted
Taylor camo #Y20508
P.O. Box 99
Pontiac, IL 61764